United States District Court
Southern District of Texas
**ENTERED**
August 02, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **STACY WILLIAMS, o/b/o HER MINOR GRANDSON, J.J.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:23-CV-289** |
| | § | |
| **ANDREW WILLIAMS** *et al*, | § | |
| | § | |
| **Defendants.** | § | |

## **FINAL JUDGMENT**

Plaintiff Stacy Williams filed suit on behalf of her minor grandson, J.J., on January 26, 2023. In a hearing held on August 3, 2023, the Court granted Defendants' Motion to Dismiss and dismissed Plaintiff's claims without prejudice. Minute Entry dated 08/03/2023.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendants. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 1st day of August, 2024.


_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE